UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:09-cr-0026-LJM-KPF-01 |
| | ) | |
| CORNELL DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that

Cornell Davis's supervised release be modified, pursuant to Title 18 U.S.C. §3401(i), Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves

and adopts the Report and Recommendation as the entry of the Court, and orders the following:

(a)     Cornell Davis will placed under electronic monitoring at his place of residence, at

his own expense, for a period of up to 180 days or less, at the discretion of the U. S.

Parole and Probation Office.

(b)     During his supervised release, Mr. Davis will consume no alcoholic beverages.

(c)     At the completion of Mr. Davis's electronic monitoring, he will be subject to

supervised release, under the conditions previously entered and modified herein.

SO ORDERED this 01/14/2011

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Winfield Ong,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Bill Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service