UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:09-cr-0026 (LJM/KPF) |
| | ) | |
| CORNELL L. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## **A M E N D E D**
## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Cornell L. Davis's supervised released be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 11 months in the custody of the Attorney General or his designee. No supervised release will follow. The defendant will self-surrender upon designation by the Bureau of Prisons of the place of incarceration.

SO ORDERED this 8th day of September, 2011.

*[signature]*

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Sharon Jackson,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Juval Scott,
Office of Indiana Federal Community Defender
One Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service